IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARTEMIO VIELMA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| COOPER TIRE & RUBBER COMPANY, | § | CIVIL ACTION NO. 5:10-cv-00099 |
| PEP BOYS-MANNY, MOE & JACK OF | § | JURY |
| DELAWARE, INC., AND LUCY LOPEZ, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT COOPER TIRE & RUBBER CO.'S
### CERTIFICATE OF INTERESTED PARTIES

Under FED. R. CIV. P. 7.1 and the Court's Order for Disclosure of Interested Parties (Docket Entry No. 2), Defendant Cooper Tire & Rubber Co. ("Cooper") discloses that:

> Cooper Tire & Rubber Co. (NYSE: CTB) is a publicly traded corporation, has no parent corporation, and no publicly held corporation owns 10 % or more of its stock.

-2-

DATED:  October 1, 2010    Respectfully submitted,

                                      **JOHNSON, TRENT, WEST & TAYLOR, L.L.P.**

By:   */s/ T. Christopher Trent*
      T. Christopher Trent
      Texas Bar No. 20209400
      S.D. Tex. No. 14244
      919 Milam, Suite 1700
      Houston, TX  77002
      (713) 222-2323 – Telephone
      (713) 222-2226 – Facsimile
      ctrent@johnsontrent.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT COOPER TIRE & RUBBER CO.**

Raphael C. Taylor
Texas Bar No. 00788514
S.D. Tex. No. 17278
Jon Paul Hoelscher
Texas Bar No. 24050771
S.D. Tex. No. 700124
JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam, Suite 1700
Houston, TX  77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile
rtaylor@johnsontrent.com
jhoelscher@johnsontrent.com

**OF COUNSEL FOR DEFENDANT COOPER TIRE & RUBBER CO.**

-3-

## CERTIFICATE OF SERVICE

      I certify that on October 1, 2010, a true and correct copy of the foregoing document was served by ECF on all counsel of record, including.

| | |
|---|---|
| Josh W. Hopkins | *Via ECF* |
| Jason P. Hoelscher | |
| 900 Frost Bank Plaza | |
| 802 North Carancahua | |
| Corpus Christi, Texas 78470 | |
| | |
| Luis Elizondo | *Via ECF* |
| Gregory L. Gowan | |
| Lisa C. Huerta | |
| THE HUERTA LAW FIRM | |
| 924 Leopard Street | |
| Corpus Christi, TX  78403 | |

                                                               */s/ T. Christopher Trent*
                                                               T. Christopher Trent

161114