IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARTEMIO VIELMA, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | |
| COOPER TIRE & RUBBER COMPANY, PEP BOYS-MANNY, MOE & JACK OF DELAWARE, INC., AND LUCY LOPEZ, | | CIVIL ACTION NO. 5:10-CV00099 JURY |
| Defendants. | | |

## THE PEP BOYS – MANNY, MOE & JACK, INC. AND LUCY LOPEZ'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE DISTRICT JUDGE:

Pursuant to the Court's order, Defendant The Pep Boys – Manny, Moe & Jack, Inc. file the following Disclosure of Financially Interested Parties, and hereby discloses that the following entities have financial interest in the outcome of this litigation:

- The Pep Boys – Manny, Moe & Jack (NYSE: PBY) – Defendant

- Cooper Tire & Rubber Company (NYSE: CTB) – Defendant

  The Pep Boys and Cooper are publicly traded corporations with no parent corporations. No publicly held corporation owns 10% or more of their stock.

- Lucy Lopez – Defendant

- Artemio Vielma – Plaintiff

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Janis Detloff
JANIS H. DETLOFF (Attorney-In-Charge)
State Bar No. 09010850
Southern District Bar No. 338362
One Riverway, Suite 1600
Houston, Texas 77056
Tel.: (713) 403-8210
Fax: (713) 403-8299
jdetloff@thompsoncoe.com

**ATTORNEYS FOR THE PEP BOYS –
MANNY, MOE & JACK, INC.**

WILLIAM R. MOYE
State Bar No. 24027553
Southern District Bar No. 34007
ANDREW J. MCCLUGGAGE
State Bar No. 24065708
Southern District Bar No. 1035696
One Riverway, Suite 1600
Houston, Texas 77056
Tel.: (713) 403-8210
Fax: (713) 403-8299
wmoye@thompsoncoe.com
amccluggage@thompsoncoe.com

**OF COUNSEL FOR THE PEP BOYS –
MANNY, MOE & JACK, INC.**

1553639v1
09467-009

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been e-filed through the CM-ECF system and served on all known counsel of record and/or parties of record at the addresses listed below pursuant to the Federal Rules of Civil Procedure on the 4th day of October, 2010.

| | |
|---|---|
| Josh W. Hopkins<br>Jason P. Hoelscher<br>SICO, WHITE, HOELSCHER & BRAUGH, LLP<br>900 Frost Bank Plaza<br>802 N. Carancahua<br>Corpus Christi, Texas 78470<br>***Counsel for Plaintiff*** | T. Christopher Trent<br>Raphael C. Taylor<br>Jon Paul Hoelscher<br>JOHNSON, TRENT, WEST & TAYLOR, LLP<br>919 Milam, Suite 1700<br>Houston, Texas 77002<br>***Counsel for Cooper Tire & Rubber Co.*** |

Luis Elizondo
Gregory L. Gowan
Lisa C. Huerta
THE HUERTA LAW FIRM
924 Leopard Street
Corpus Christi, Texas 78403
***Counsel for Plaintiff***

                                            /s/ Janis Detloff
                                            JANIS H. DETLOFF