IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARTEMIO VIELMA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:10-CV00099 |
| | § | |
| COOPER TIRE & RUBBER COMPANY, et al., | § | JURY |
| | § | |
| Defendants | § | |

**DEFENDANTS THE PEP BOYS – MANNY, MOE & JACK, INC. AND LUCY LOPEZ'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE DISTRICT JUDGE:

Defendants The Pep Boys – Manny, Moe & Jack, Inc. and Lucy Lopez file this Notice of Appearance of Additional Counsel and ask that the Court and all parties add the following attorney as "Of Counsel" for The Pep Boys – Manny, Moe & Jack, Inc. and Lucy Lopez in this case:

> WILLIAM R. MOYE
> State Bar No. 24027553
> Southern District Bar No. 34007
> THOMPSON, COE, COUSINS & IRONS, L.L.P.
> One Riverway, Suite 1600
> Houston, Texas  77056
> Tel.: (713) 403-8210
> Fax: (713) 403-8299
> wmoye@thompsoncoe.com

WHEREFORE, PREMISES CONSIDERED, The Pep Boys – Manny, Moe & Jack, Inc. and Lucy Lopez file this Notice of Appearance of Additional Counsel and pray that the Court and all parties add Mr. Moye as "Of Counsel" for The Pep Boys – Manny, Moe & Jack, Inc. and Lucy Lopez in this case.

        Respectfully submitted,

        THOMPSON, COE, COUSINS & IRONS, L.L.P.

        By:   /s/ Janis Detloff
              JANIS H. DETLOFF (Attorney-In-Charge)
              State Bar No. 09010850
              Southern District Bar No. 338362
              One Riverway, Suite 1600
              Houston, Texas 77056
              Tel.: (713) 403-8210
              Fax: (713) 403-8299
              jdetloff@thompsoncoe.com

        **ATTORNEYS FOR THE PEP BOYS – MANNY, MOE & JACK, INC. AND LUCY LOPEZ**

WILLIAM R. MOYE
State Bar No. 24027553
Southern District Bar No. 34007
ANDREW J. MCCLUGGAGE
State Bar No. 24065708
Southern District Bar No. 1035696
One Riverway, Suite 1600
Houston, Texas 77056
Tel.: (713) 403-8210
Fax: (713) 403-8299
wmoye@thompsoncoe.com
amccluggage@thompsoncoe.com

**OF COUNSEL FOR THE PEP BOYS – MANNY, MOE & JACK, INC. AND LUCY LOPEZ**

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the foregoing document has been e-filed through the CM-ECF system and served on all known counsel of record and/or parties of record at the addresses listed below pursuant to the Federal Rules of Civil Procedure on October 26 2010.

| | |
|---|---|
| Josh W. Hopkins | T. Christopher Trent |
| Jason P. Hoelscher | Raphael C. Taylor |
| SICO, WHITE, HOELSCHER & BRAUGH, LLP | Jon Paul Hoelscher |
| 900 Frost Bank Plaza | JOHNSON, TRENT, WEST & TAYLOR, LLP |
| 802 N. Carancahua | 919 Milam, Suite 1700 |
| Corpus Christi, Texas 78470 | Houston, Texas 77002 |
| ***Counsel for Plaintiff*** | ***Counsel for Cooper Tire & Rubber Co.*** |

Luis Elizondo
Gregory L. Gowan
Lisa C. Huerta
THE HUERTA LAW FIRM
924 Leopard Street
Corpus Christi, Texas 78403
***Counsel for Plaintiff***


     /s/ Janis Detloff
     JANIS H. DETLOFF