## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

Artemio Vielma

                                        Plaintiff,

v.                                                       Case No.: 5:10–cv–00099
                                                         Judge Micaela Alvarez

Cooper Tire & Rubber Co., et al.

                                        Defendant.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J. Scott Hacker

**PLACE:**
Courtroom 2B
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 12/22/10

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Telephone Conference
Motion for Protective Order – #12

Date:    December 17, 2010

                                                         David Bradley, Clerk