UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

Artemio Vielma

v.                                                 Case No.: 5:10−cv−00099

                                                                Judge Micaela Alvarez

Cooper Tire & Rubber Co., et al.

                                               Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J. Scott Hacker

**PLACE:**
Courtroom 2B
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 1/5/11

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Telephone Conference
Motion for Protective Order − #12

Date:    December 21, 2010

                                                                                        David Bradley, Clerk