## EXHIBIT B

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| ARTEMIO VIELMA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| COOPER TIRE & RUBBER COMPANY, | § | CIVIL ACTION NO. 5:10-cv-00099 |
| PEP BOYS-MANNY, MOE & JACK OF | § | JURY |
| DELAWARE, INC., AND LUCY LOPEZ, | § | |
| | § | |
| Defendants. | § | |

### Expert's/Authorized Person's Certification of Confidential Document Return

1. My name is _____. I work at _____.

2. I have received access to materials (including confidential documents and/or things) protected by the Protective Order of Confidentiality ("Confidential Material") entered in the case styled CIVIL ACTION NO. 5:10-cv-00099; *Artemio Vielma v. Cooper Tire and Rubber Company, et al.*; In the United States District Court for the Southern District of Texas – Laredo Division (the "Lawsuit").

3. Pursuant to Plaintiffs' counsel's request, I have returned all Confidential Material and all copies, notes, direct quotes, descriptions, summaries, indices, transcripts, renderings, photographs, recordings, compact discs, DVDs, other magnetic or electronic media, and physical or electronic reproductions of any kind thereof of same to Sico, White, Hoelscher & Braugh, LLP.

4. In compliance with Paragraph 9 of the Protective Order of Confidentiality, I have confirmed that no Confidential Material was intentionally or inadvertently entered on portable electronic or magnetic media (other than a compact disc), computer databases and/or computer hard drives. If I discovered that Confidential Material was entered on such media, databases, and/or hard drives, I confirm that such Confidential Material was immediately deleted and written over and destroyed. I have returned to the individual identified in paragraph 3 above the originals and all copies of any compact disc containing Confidential Material.

5. I have not made any Confidential Material, any copies thereof, or any document that reflects or contains Confidential Material, available to any other person or entity.

2

6. I understand that I have a continuing obligation under the Protective Order of Confidentiality to immediately return any Confidential Material or copies thereof that were produced by Cooper in this lawsuit.


Date:_____


Signature: _____