UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARTEMIO VIELMA, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. L-10-99 |
| COOPER TIRE & RUBBER CO., *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is "Defendant Cooper Tire & Rubber Company's Motion for Entry of Protective Order" (Dkt. No. 12) filed on November 8, 2010. Plaintiff filed his response on November 23, 2010. (*See* Dkt. No. 14). However, at a hearing held on January 7, 2011, the parties indicated to the Court that they had come to an agreement regarding a protective order. That same day, Defendant Cooper Tire filed a supplemental motion for entry of a protective order and attached the agreed-upon protective order as an exhibit. (*See* Dkt. No. 19, Ex. A). After reviewing the parties' filings, the Court signed the agreed-upon protective order on January 11, 2011. (*See* Dkt. No. 20). Thus, "Defendant Cooper Tire & Rubber Company's Motion for Entry of Protective Order" (Dkt. No. 12) is DISMISSED AS MOOT.

IT IS SO ORDERED.

Signed this 12th day of January, 2011.

J. SCOTT HACKER
United States Magistrate Judge

To Ensure Proper Notice, Each Party Who Receives This Notice Shall Forward A Copy Of It To Every Other Party And Affected Non-party Even Though They May Have Been Sent One By The Court.