IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARTEMIO VIELMA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 5:10-cv-00099 |
| COOPER TIRE & RUBBER COMPANY, PEP BOYS-MANNY, MOE & JACK OF DELAWARE, INC., AND LUCY LOPEZ | § § § § § § | |
| Defendants. | | |

## DESIGNATION OF JASON P. HOELSCHER AS ATTORNEY-IN-CHARGE

COMES NOW, Artemio Vielma, Plaintiff herein, and designates Jason P. Hoelscher of the law firm of SICO, WHITE, HOELSCHER & BRAUGH, L.L.P. as Attorney-In-Charge.

Jason P. Hoelscher will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

Josh W. Hopkins is no longer an attorney for Plaintiff in this matter.

Notice of this designation has been provided to all other parties, according to Rule 21a of the Texas Rules of Civil Procedure.

                    Respectfully submitted,

            By:     /s/ Jason P. Hoelscher
                    Jason P. Hoelscher
                    Southern District of Texas Bar. No. 38772
                    State Bar No. 24010671
                    **SICO, WHITE, HOELSCHER & BRAUGH L.L.P.**
                    900 Frost Bank Plaza
                    802 N. Carancahua
                    Corpus Christi, Texas 78401-0013
                    Telephone: 361/653-3300
                    Facsimile:  361/653-3333

                    **ATTORNEY-IN-CHARGE FOR PLAINTIFF,
                    ARTEMIO VIELMA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties in compliance with the Federal Rules of Civil Procedure by first class mail, postage prepaid, or by electronic mail from the clerk of court on the 18th day of January 2011.

                    /s/ Jason P. Hoelscher
                    Jason P. Hoelscher


T. Christopher Trent
Raphel C. Taylor
Jon Paul Hoelscher
**JOHNSON, TRENT, WEST & TAYLOR, L.L.P.**
919 Milam, Suite 1700
Houston, TX  77002

Janis H. Detloff
William R. Moye
Andrew J. McCluggage
**THOMPSON COE COUSINS & IRON, LLP**
One Riverway, Suite 1600
Houston, TX  77056