IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARTEMIO VIELMA, § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | CIVIL ACTION NO. 5:10-CV00099 | |
| § | | |
| COOPER TIRE & RUBBER COMPANY, § | JURY | |
| et al., § | | |
| **Defendants** § | | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff and Defendants The Pep Boys – Manny, Moe & Jack, Inc. and Lucy Lopez file this Stipulation of Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The parties hereby stipulate and agree that they have compromised and settled all claims arising out of the automobile accident made the basis of this suit. Plaintiff and Defendants The Pep Boys – Manny, Moe & Jack, Inc. and Lucy Lopez hereby stipulate and agree that Plaintiff's claims against Defendants The Pep Boys – Manny, Moe & Jack, Inc. and Lucy Lopez are hereby voluntarily dismissed.

This Stipulation of Dismissal is to have no affect on Plaintiff's claims against any other defendant.

        Respectfully submitted,

        SICO, WHITE, HOELSCHER & BRAUGH, LLP

        By:   /s/ Jason P. Hoelscher
             JASON P. HOELSCHER (Attorney-In-Charge)
             State Bar No. 24010671
             Southern District Car No. 38772
             900 Frost Bank Plaza
             802 N. Carancahua
             Corpus Christi, Texas 78470
             Tel: (361) 653-3300
             Fax: (361) 653-3333

**ATTORNEYS FOR PLAINTIFF ARTEMIO VIELMA**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By    /s/ Janis Detloff
       JANIS H. DETLOFF (Attorney-In-Charge)
       State Bar No. 09010850
       Southern District Bar No. 338362
       One Riverway, Suite 1600
       Houston, Texas  77056
       Tel.: (713) 403-8210
       Fax: (713) 403-8299
       jdetloff@thompsoncoe.com

**ATTORNEYS FOR THE PEP BOYS – MANNY, MOE & JACK, INC. AND LUCY LOPEZ**

WILLIAM R. MOYE
State Bar No. 24027553
Southern District Bar No. 34007
ANDREW J. MCCLUGGAGE
State Bar No. 24065708
Southern District Bar No. 1035696
One Riverway, Suite 1600
Houston, Texas  77056
Tel.: (713) 403-8210
Fax: (713) 403-8299
wmoye@thompsoncoe.com
amccluggage@thompsoncoe.com

**OF COUNSEL FOR THE PEP BOYS – MANNY, MOE & JACK, INC. AND LUCY LOPEZ**

1599896v1
09467-009

JOHNSON, TRENT, WEST & TAYLOR, L.L.P.

By  /s/ Jon Paul Hoelscher
    T. CHRISTOPHER TRENT
    Texas Bar No. 20209400
    RAPHAEL C. TAYLOR
    Texas Bar No. 00788514
    JON PAUL HOELSCHER
    State Bar No. 24050771
    919 Milam, Suite 1700
    Houston, Texas 77002
    (713) 222-2323
    (713) 222-2226 – FACSIMILE

**ATTORNEYS FOR DEFENDANT COOPER TIRE & RUBBER COMPANY**

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing document has been e-filed through the CM-ECF system and served on all known counsel of record and/or parties of record at the addresses listed below pursuant to the Federal Rules of Civil Procedure on May 18th, 2011.

| | |
|---|---|
| Josh W. Hopkins | T. Christopher Trent |
| Jason P. Hoelscher | Raphael C. Taylor |
| SICO, WHITE, HOELSCHER & BRAUGH, LLP | Jon Paul Hoelscher |
| 900 Frost Bank Plaza | JOHNSON, TRENT, WEST & TAYLOR, LLP |
| 802 N. Carancahua | 919 Milam, Suite 1700 |
| Corpus Christi, Texas 78470 | Houston, Texas 77002 |
| ***Counsel for Plaintiff*** | ***Counsel for Cooper Tire & Rubber Co.*** |

Luis Elizondo
Gregory L. Gowan
Lisa C. Huerta
THE HUERTA LAW FIRM
924 Leopard Street
Corpus Christi, Texas 78403
***Counsel for Plaintiff***

              /s/ Janis Detloff
              JANIS H. DETLOFF

1599896v1
09467-009